Alberta P. Stahl, TRUSTEE
221 N. Figueroa Street, Suite 1200
Los Angeles, CA 90012
Telephone: (213) 580-7977
Facsimile: (213) 482-1647

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARTHA VELA-VASQUEZ<br><br><br><br>Debtor. | Case No. 2:08-16106-BB<br>Chapter 7<br><br>**NOTICE OF UNCLAIMED DIVIDENDS**<br>3011 |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 7028 in the sum of $1,182.44 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: March 22, 2011

ALBERTA P. STAHL
Chapter 7 Trustee

-1-

| CHECK NO. | NAME & ADDRESS OF CLAIMANTS | DIVIDEND AMOUNT |
|---|---|---|
| 7020 | US BANK<br>425 WALNUT ST.<br>CINCINNATI, OH | $1,182.44 |

| In re<br>MARTHA VELA-VASQUEZ<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NO.: 2:08-16106-BB |
|---|---|

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

221 N. Figueroa Street, Suite 1200, Los Angeles, CA 90012

The foregoing document described **NOTICE OF UNCLAIMED DIVIDEND UNDER FBRP 3011** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 21, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

United States Trustee (LA), ustp.region16@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On March 21, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Sheri Bluebond
255 E. Temple Street, Suite 1482
Los Angeles, CA 90012
U.S. Bankruptcy Court, CA

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on March 21, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 21, 2011 | CRAIG D. ARON | /S/ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

January 2009

| In re<br>MARTHA VELA-VASQUEZ<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NO.: 2:08-16106-BB |
|---|---|

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

221 N. Figueroa Street, Suite 1200, Los Angeles, CA 90012

The foregoing document described **NOTICE OF UNCLAIMED DIVIDEND UNDER FBRP 3011** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 22, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

United States Trustee (LA), ustp.region16@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On March 22, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Sheri Bluebond
255 E. Temple Street, Suite 1482
Los Angeles, CA 90012
U.S. Bankruptcy Court, CA

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on March 21, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 22, 2011 | CRAIG D. ARON | /S/ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

*January 2009*